UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Spring Nicole Gaines,                                    Case No. 3:25-cv-1859

                    Plaintiff,

        v.                                               ORDER AND
                                                         JUDGEMENT ENTRY

Commissioner of Social Security,

                    Defendant.

On June 8, 2026, United States Magistrate Judge Reuben J. Sheperd issued a Report and

Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision

denying Plaintiff's applications for Supplemental Security Income ("SSI").  (Doc. No. 12).  In the R

& R, he notified the parties:

> Within 14 days after being served with a copy of this report and recommendation, a
> party may serve and file specific written objections to the proposed findings and
> recommendations of the magistrate judge.  Rule 72(b)(2), Federal Rules of Civil
> Procedure; *see also* 28 U.S.C.§ 636(b)(1); Local Rule 72.3(b). . . . Failure to file
> objections within the specified time may result in the forfeiture or waiver of the right
> to raise the issue on appeal either to the district judge or in a subsequent appeal to
> the United States Court of Appeals, depending on how or whether the party
> responds to the report and recommendation.  *Berkshire v. Dahl*, 928 F.3d 520, 530
> (6th Cir. 2019).

(*Id.* at 22).

More than fourteen days passed, and no party filed any objection to the R & R.  I consider

their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and

adopt Judge Sheperd's R & R in its entirety as the final Order of this Court.  The Commissioner's

decision is affirmed, and this case is closed.

        So Ordered.

                                          s/ Jeffrey J. Helmick
                                          United States District Judge